February 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TOMAS VILLEGAS, Appellant

NO. 14-14-00978-CV                    V.

DENISE  LONG, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 8, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tomas Villegas.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.